IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:07cr138/LAC

JESSE J. CAMPBELL
_____

MOTION REQUESTING AN ORDER
SEALING THE INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendant has not been arrested or charged as a result of the activities alleged in the indictment. Public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain sealed until further Order of this Court, except that the Clerk's Office shall



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

07 NOV 28 AM 11: 36

FILED

provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida and two certified copies to the United States Marshal for the Northern District of Florida.

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

STEPHEN P. PREISSER
Assistant United States Attorney
FL Bar No. 303712
21 E. Garden Street, Suite 400
Pensacola, FL 32502
(850) 444-4000

So ordered.

DONE and ORDERED this 28TH day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

2