**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                             CASE NO.  3:07CR138LAC

JESSE J. CAMPBELL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on December 12, 2007
Motion/Pleadings: MOTION TO UNSEAL INDICTMENT
Filed by GOVERNMENT   on 12/12/2007   Doc.# 8

RESPONSES:

                                          on               Doc.#
                                          on               Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of December, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                         *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.